UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO.: GLR-22-CR-295 |
| JERMARCO BENNETT, SR. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>MOTION TO ATTEND FAMILY EVENT OUTSIDE OF CONDITIONS OF RELEASE</u>

William R. Buie III, Esquire, of William R. Buie III, P.A. on behalf of Defendant, Jermarco Bennett, Sr. motions this Court to specifically allow the defendant to attend his family New Year gathering with Deborah Henry, mother-in-law, at 1634 Saint Marks Avenue in Brooklyn, New York, 11233 from Sunday, December 31, 2023 to Monday, January 1, 2024. The permission of the court is needed since this is outside of the Baltimore Metropolitan area per his conditions of release. Bruce James, of pretrial, has no objection to this request, and LaRai Everett, the assigned Assistant United States Attorney, defers to pretrial.

Respectfully submitted,

WILLIAM R. BUIE III, ESQUIRE
WILLIAM R. BUIE III, P.A
Federal Bar#25588
21400 York Road, #72
Maryland Line, Maryland 21105
(410) 576-7666
williambuie@prodigy.net
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that December 28, 2023 a copy of this Motion to Family Attend Event Outside of Conditions of Release was electronically mailed to LaRai Everett Assistant United States' Attorneys for the District of Maryland, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
WILLIAM R. BUIE III, ESQUIRE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO.: GLR-22-CR-295 |
| JERMARCO BENNETT, SR. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Motion to Attend Family Event Outside of Conditions of Release, it is HEREBY ORDERED this ___ day of December 2023, that the Defendant is allowed to leave his residence to visit 1634 Saint Marks Avenue in Brooklyn, New York, from Sunday, December 31, 2023, to Monday, Janaury 1, 2024.

_____
JUDGE